HENRY BLUM, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GABNOR ESTATES, INC., Appellant, v. THOMAS WARD, Respondent.—Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CHARLES LORINC, as Administrator, etc., of TEDDY LORINC, Deceased, Appellant, v. SAMUEL DEUTSCH, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JACOB AMRON and SAMUEL SCHWARTZ, Appellants, v. TITLE GUARANTEE AND TRUST COMPANY, as Administrator c. t. a. of the Estate of ROBERT E. ADOLPH, Deceased, Respondent.— Judgment so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GORDON B. ENDERS, Appellant, v. UNITED AIRCRAFT EXPORTS, INC., Respondent, Impleaded with Another.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JULES BENGUE and Others, Respondents, v. AMERICAN PHARMACEUTICAL COMPANY, INC., and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

IRVING A. SARTORIUS and Others, Respondents, v. GUSSIE GERSTENZANG, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS PICCIANO, Appellant.— Judgment reversed, the information dismissed and defendant discharged from custody, on the ground that the guilt of defendant was not proved beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin P. J., and Dore, J., dissent and vote for affirmance.

ELI BERMAN COMPANY, INC., Respondent, v. CENTRAL HUDSON GAS & ELECTRIC CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to reverse and deny the motion.

CLARA RAPOPORT, Respondent, v. THE McCALL COMPANY, Appellant.— The true meaning of this contract can best be determined after a trial and a full disclosure of the surrounding circumstances. Order unanimously affirmed, with twenty dollars costs and disbursements. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.